**COURTROOM MINUTES:**
The Honorable Frances H. Stacy, Presiding
Deputy Clerk: Beverly White
Interpreter _Pizzarelli_  ERO _B Goodshoe_
USPT/USPO _V Jordan_
☐ OTHER DISTRICT   ☐ DIVISION

10150-10:51   FILED 2-5-10
BY DEPUTY   MICHAEL N. MILBY, CLERK
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

OPEN _10:01_   ADJOURN _10:12_

THEIR CASE#

**PROCEEDING HELD:**
☐ Initial Appearance            ☐ Counsel Determination Hearing      ☐ Status Hearing
☐ Bond Hearing                  ☐ Identity                            ☐ Hearing Continued on ____
☑ Detention Hearing             ☑ Preliminary Hearing                 ☐ Other

**CASE NUMBER CR H-** _10-82 M_

USA VS.
1) Alejandro Tovar
2) Paola Rodriguez-Garcia
3) Luis Sosa-Juarez

AUSA _K Matthew Coopers_
_Joe Salinas_ (A)
_Jorge A. Cantu_ (B)
_Mark Bennett_ (A)

☐ Date of arrest ____                                  ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment/Complaint ☐ Information ☐ Superceding
                                                       Violation of   ☐ Supervised Release  ☐ PTS

☑ Defendant  ☐ Material Witness appeared       ☑ with  ☐ without counsel

☐ Defendant requests appointed counsel.           ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender         ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant ____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☐ Defendant ____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☐ Defendant ____ bond set  ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $____ Deposit
☐ Surety signatures required as to Defendant(s) ____
☐ Defendant(s) ____ advised of conditions of release
☐ BOND EXECUTED and Defendant ____ Released
☐ No bond set at this time. 10 day Detention Order entered, as to Defendant(s) ____
☑ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _Continued Deft #1 & #3_
☑ Order of Detention Pending Trial entered as to Defendant(s) _Deft #2_
☐ Bond revoked           ☐ Bond reinstated         ☐ Bond Continued
☑ Defendant _1, 2, 3_ ____ remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

✓ Defendant _#2_  ✓ Waiver of ☑ Preliminary ☐ Identity ☑ Detention Hrg ☐ Detention Hrg this District
☑ Court finds: ☑ Probable Cause   ☐ Identity

☑ Defendant(s) _Deft #1 & #3_ is/are scheduled on _2-10-10_ at _10 AM_ for: _Judge Milloy_
    ☐ Arraignment            ☐ Counsel Determination Hearing       ☐ Identity Hearing
    ☑ Detention Hearing      ☑ Preliminary Hearing                  ☐ Final Revocation Hearing

- Atty Jorge A. Cantu for Paola Rodriguez-Garcia (713-271-5955).
- Atty _Salinas Almaguy_ allowed to withdraw.
- Deft #2 waived probable cause and detention.